# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA R. TATE, | Case No: 2:14-CV-02441-PLA |
| Plaintiff | **ORDER OF REMAND** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g) and for good cause shown,

IT IS ORDERED that the above-captioned matter be remanded to the Commissioner of Social Security for further proceedings in accordance therewith.

DATE: January 28, 2015

*Paul L. Abrams*

THE HONORABLE PAUL L. ABRAMS
United States Magistrate Judge

-1-